AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSSMEISSL, JOHN A. | 2. Court or Organization<br><br>BANKRUPTCY COURT E.D. WASHINGTON | 3. Date of Report<br><br>05/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY JUDGE-RECALLED | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. BANKRUPTCY COURT
402 E. YAKIMA AVENUE
SUITE 200
YAKIMA, WA 98901

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | YAKIMA SYMPHONY ORCHESTRA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSSMEISSL, JOHN A. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | BANKRUPTCY BAR ASSOCIATION | 06/10/2016-06/11/2016 | WINTHROP, WA | SPEAKER AT SEMINAR | ROOM/FOOD/MILEAGE/ |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSSMEISSL, JOHN A. | 05/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSSMEISSL, JOHN A. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MORGAN STANLY BANK NA (see additional info) | A | Interest | L | T | | | | | |
| 2. U.S. BANK CHARLES RUSSELL FUND (see additional info) | E | Distribution | | | Closed | 09/22/16 | | | |
| 3. EXXON CORP/EXXON MOBIL CORP (XOM) | D | Dividend | M | T | | | | | |
| 4. UNITED TECHNOLOGIES (UTX) | B | Dividend | L | T | | | | | |
| 5. TEXAS INSTRUMENTS (TXN) | A | Dividend | K | T | | | | | |
| 6. NUVEEN INSURED MUNI BOND FUN (FAARX) | C | Interest | L | T | | | | | |
| 7. TAX EXEMPT BD FUND OF AMERICA (AFTEX) | D | Interest | M | T | Buy | 07/05/16 | M | | |
| 8. PRIN INV TAX EXEMPT (PTEAX) | A | Interest | J | T | | | | | |
| 9. WESTERN ASSET MANAGED MUNI FD CLA (SHMMX) | C | Interest | M | T | | | | | |
| 10. GENERAL ELECTRIC CO (GE) | B | Dividend | L | T | | | | | |
| 11. INTEL CORPP (INTC) | B | Dividend | L | T | | | | | |
| 12. MERCK & CO., INC. (MRK) | B | Dividend | K | T | | | | | |
| 13. MICROSOFT CORP (MSFT) | B | Dividend | L | T | | | | | |
| 14. AM HI INC MUN BD FD (AMHIX) | C | Interest | M | T | | | | | |
| 15. CISCO SYSTEMS INC (CSCO) | B | Dividend | K | T | | | | | |
| 16. AMGEN, INC (AMGN) | B | Dividend | L | T | | | | | |
| 17. AMERICAN MUTUAL (AMRMX) | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSSMEISSL, JOHN A. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. YAKIMA BREWING & MALTING CO. | | None | J | T | | | | | |
| 19. DNP SELECT INCOME FUND INC (DNP) | C | Dividend | K | T | | | | | |
| 20. DTF TAX FREE INCOME INC (DTF) | A | Dividend | J | T | | | | | |
| 21. BANK OF AMERICA (BAC) | B | Dividend | L | T | | | | | |
| 22. EXPRESS SCRIPTS HLD CO COM (ESRX) | | None | J | T | | | | | |
| 23. BOEING CO (BA) | A | Dividend | K | T | Buy | 07/07/16 | J | | |
| 24. CORNING INC (GLW) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 25. DOW CHEMICAL (DOW) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 26. JOHNSON CTLS (JCI) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 27. ADIENT PLC (ADNT) (see additional info) | A | Dividend | J | T | | | | | |
| 28. UNIVERSITY WASH UNIV REVS REF-A | A | Interest | K | T | Buy | 07/21/16 | K | | |
| 29. WASHINGTON HEALTH CARE FACS AUTH REV-A | A | Interest | K | T | Buy | 07/07/16 | K | | |
| 30. VANGUARD (see additional info) | | None | O | T | Open | 09/13/16 | O | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1 MORGAN STANLY BANK NA- THIS IS A MONEY MARKET ACCOUNT WHICH I HAVE MAINTAINED FOR MANY YEARS WITH MY BROKER MORGAN STANLY. MORGAN STANLY HELD THESE FUNDS WITH CITIBANK AND THEY HAVE BEEN REPORTED AS SUCH. THE ACCOUNT IS NOW HELD WITH MORGAN STANLY BANK NA AND WILL HENCE FORTH BE REPORTED AS SUCH.

#2 US BANK CHARLES RUSSELL FUND- THIS IS AN IRA ACCOUNT WHICH WAS ESTABLISHED BY MY FORMER EMPLOYER. THIS ACCOUNT BECAME A ROLL OVER IRA ACCOUNT UPON MY JUDICIAL APPOINTMENT IN 1987. SINCE THAT TIME THE ACCOUNT HAS BEEN MANAGED BY US BANK. IN SEPTEMBER OF 2016, I TRANSFERRED MANAGEMENT OF THE ACCOUNT FROM US BANK TO VANGUARD. THE TRANSFER OF THE ENTIRE ACCOUNT TOOK PLACE BETWEEN SEPTEMBER 13, 2016, AND SEPTEMBER 22, 2016. PRIOR TO THIS TRANSFER, I HAD TAKEN MY ANNUAL MINIMUM DISTRIBUTION FOR THE YEAR 2016 FROM US BANK. THIS IS REFLECTED IN COLUMN I O THE DISCLOSURE REPORT.

#27 THIS STOCK WAS ACQUIRED AS A RESULT OF A CORPORATE SPIN OFF FROM JOHNSON #26. THERE HAVE BEEN NO TRANSACTIONS SINCE IT WAS RECEIVED IN OCTOBER OF 2016.

#30 SEE #2 ABOVE.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSSMEISSL, JOHN A. | 05/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **JOHN A. ROSSMEISSL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544